UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES A. BOOKER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　No.:　3:12-cv-23
　　　　　　　　　　　　　　　　　　　　　　　　　　(VARLAN/GUYTON)
MARY EVANS, et al.,

    Defendants.

## MEMORANDUM

In this *pro se* prisoner's civil rights action, the plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute and to comply with the orders of this Court. [Doc. 21]. The plaintiff has failed to respond to the Court's order within the time required. Accordingly, this action will be **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the Court. Rule 41(b) of the Federal Rules of Civil Procedure. *See Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991); *Carver v. Bunch*, 946 F.2d 451 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

    **AN APPROPRIATE ORDER WILL ENTER.**

                              s/ Thomas A. Varlan
                              CHIEF UNITED STATES DISTRICT JUDGE